Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                    Docket No. 0208 1:18CR00143-001 (JGK)

Shawn Williams

On July 29, 2021, the above named was placed on Supervised Release for a period of three (3) years. Mr. Williams has complied with the rules and regulations of Supervised Release, and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by one (1) year.

Respectfully submitted,

by _____

Stephanie Zhang
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that Shawn Williams be granted a one (1) year reduction in his Supervised Release term with a new maximum date of July 28, 2023.

Date this  1st  day of  June , 20 23 .

_____
Honorable John G. Koeltl
U.S. District Judge